```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                               JAN 17 2008

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY                        DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:08-mj-74 |
| Plaintiff, ) | |
| v. ) | ORDER OF DETENTION AFTER HEARING |
| Rafael Osuna-Polomares ) | (18 U.S.C. § 3142(i)) |
| Defendant. ) | |

I.

A. ( ) On motion of the Government involving an alleged

    1. ( )  crime of violence;

    2. ( )  offense with maximum sentence of life imprisonment or death;

    3. ( )  narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4. ( )  felony - defendant convicted of two or more prior offenses described above.

B. On motion (✓) (by the Government)/( ) (by the Court sua sponte involving)

    1. ( ) serious risk defendant will flee;

```
 1         2.   ( ) serious risk defendant will
 2              a. ( ) obstruct or attempt to obstruct justice;
 3              b. ( ) threaten, injure, or intimidate a prospective
 4                 witness or juror or attempt to do so.
 5                              II.
 6   The Court finds [on the present record that] no condition or combination of conditions will
 7   reasonable assure:
 8   A.   (✓) appearance of defendant as required; and/or
 9   B.   (✓) safety of any person or the community;
10                              III.
11   The Court has considered:
12   A.   (✓) the nature and circumstances of the offense;
13   B.   (✓) the weight of evidence against the defendant;
14   C.   (✓) the history and characteristics of the defendant;
15   D.   (✓) the nature and seriousness of the danger to any
16        person or to the community.
17                              IV.
18   The Court concludes:
19   A.   (✓) Defendant poses a risk to the safety of other persons
20        or the community because: _____
21   _____prior record_____
22   _____
23   _____
24   _____
25   _____
26   _____
27   ///
28   ///
```

B. (X) History and characteristics indicate a serious risk that defendant will flee because: _illegal alien; ties to Mexico_

C. ( ) A serious risk exists that defendant will:
  1. ( ) obstruct or attempt to obstruct justice;
  2. ( ) threaten, injure or intimidate a witness/juror; because:_____

D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142 (e).

IT IS ORDERED _without prejudice_ that defendant be detained prior to trial.

IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or person held pending appeal.

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with his counsel.

DATED: _1/17/08_

_[signature]_
U.S. MAGISTRATE JUDGE / DISTRICT JUDGE